THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP M. (ANONYMOUS), Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.